AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
для
Northern District of California

Riverview Equipment Co. LLC,; Jerico Products, Inc
_____
Plaintiff
v.
Tug HERO and DONALD A. CLOES
_____
Defendant

)
)
)  Civil Action No.  CV 08   3038
)
)
)

E-filing    WDB

**Summons in a Civil Action**

To:   Tug HERO and DONALD A. CLOES
      _____
      (Defendant's name)

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          Richard W. Wieking
                                          _____
                                          Name of clerk of court

Date:   __06/20/2008__                    **ANNA SPRINKLES**
                                          _____
                                          Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                       Server's signature

                                                                       Printed name and title

                                                                        Server's address