1

2                        IN THE UNITED STATES DISTRICT COURT

3
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
4

5                                               No. C 08-03038 CW
    RIVERVIEW EQUIPMENT COMPANY,
6                                               CONDITIONAL ORDER
            Plaintiff,                          OF DISMISSAL
7
        v.
8
    TUG HERO,
9
            Defendant.
10   _____/

11

12
            The parties hereto, by their counsel, having advised the
13
    Court that they have agreed to a settlement of this cause,
14
        IT IS HEREBY ORDERED that this cause be dismissed with prejudice;
15
    provided, however, that if any party hereto shall certify to this
16
    Court, with proof of service of a copy thereon on opposing counsel,
17
    within 90 days from the date hereof, that the agreed consideration for
18
    said settlement has not been delivered over, the foregoing Order shall
19
    stand vacated and this cause shall forthwith be restored to the
20
    calendar to be set for trial.
21
        IT IS SO ORDERED.
22

23
    Dated:  3/25/09                          _____
24                                           CLAUDIA WILKEN
                                             United States District Judge
25

26

27

28